IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff,*<br><br>v.<br><br>BRYAN BLANCK,<br><br>*Defendant.* | Case No.:  CV-23-03-JAR |

## AGREED JUDGMENT

This matter comes on for consideration this 3rd day of January, 2023, the Plaintiff, United States of America, on behalf of its agency the United States Department of Veteran's Affairs, appearing through Christopher J. Wilson, United States Attorney for the Eastern District of Oklahoma, and Michael J. O'Malley, Assistant United States Attorney, and Defendant, Bryan Blanck, appearing by his attorney Elizabeth Stepp, recite as follows:

1. In order to avoid further litigation, and in satisfaction of all claims made in this lawsuit, the parties have entered into an agreement set forth as follows:

    a. Defendant hereby consents that a judgment of $7,000,000.00, be entered against him in favor of Plaintiff, United States of America.

    b. Blanck consents and agrees to the entry of a judgment of forfeiture on the Complaint for Civil Forfeiture captioned *United States of America v. Defendant No. 1: $70,000 in United States Currency*, *et al.*, 19-CV-286-KEW. Upon the United States taking possession of the sums forfeited in that case, $4,652,810.00 shall be credited against and deducted from the judgment referenced in paragraph (a), *infra*.

1

c. The Defendant additionally agrees to pay $810,000 within 30 days of the effective date of the settlement agreement in this case.

d. In order to satisfy the judgment, Defendant shall make payments to the United States Department of Justice, c/o United States Attorney for the Eastern District of Oklahoma, 520 Denison, Muskogee, OK 74401 or to the address listed on his monthly payment coupon, in the following manner:

   i. Beginning October 25, 2022, Defendant shall make monthly payments in the amount of $1,000.00. The payments shall be due on the 1st business day of each month;

e. Interest accrues on the judgment at the rate of 3.3% per annum beginning August 25, 2023 and Defendant may pay more than the minimal monthly installment payment without penalty.

f. If Defendant becomes more than 60 days delinquent on any monthly installment, he will be in default and the United States will immediately, after the 60th day without full payment of all arrears, be entitled to pursue collection of the entire remaining balance of this debt against Defendant by any legal process, with interest beginning to accrue on the date of default at the post-judgment interest rate.

g. This judgment is not dischargeable in bankruptcy.

h. Each side will bear their respective costs and attorney fees.

i. Defendant agrees to voluntarily participate in the Treasury Offset Program whereby the amount of any federal monies scheduled to be paid to Defendant will be applied to the debt owed to the United States, and will be accepted in place of the payments recited herein, as appropriate.

    j.    Defendant agrees to comply with all other terms agreed to in the settlement agreement executed August 25, 2022. Should the Defendant violate the terms of the settlement agreement the United States will immediately be entitled to pursue collection of the entire remaining balance of this debt against Defendant by any legal process, with interest beginning to accrue on the date of default at the post-judgment interest rate.

    k.    This judgment concerns the false claims presented to the VA Choice/Patient-Centered Community Care (PC3) program between August 14, 2015 and April 2, 2019.

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that the United States of America has judgment against the Defendant in the principal sum of $7,000,000.00. Payments toward said judgment shall be made monthly beginning October 25, 2022, and continue in accordance with the schedule set forth above until the judgment amount is paid in full.

Dated this 4th day April, 2023.

_____
JASON A. ROBERTSON
UNITED STATES MAGISTRATE JUDGE

Agreed Upon and Approved by:

CHRISTOPHER J. WILSON
United States Attorney

/s/ Michael J. O'Malley                              Date: January 3, 2023
MICHAEL J. O'MALLEY, OBA #22252
Assistant United States Attorney
520 Denison Street
Muskogee OK 74401
918-684-5113 - direct
918-684-5130 – fax
Michael.O'Malley@usdoj.gov
*Attorney for Plaintiff, United States of America*


 /s/   Elizabeth Stepp (with permission)              Date: January 3, 2023
ELIZABETH STEPP
*Attorney for Defendant, Bryan Blanck*